WASHINGTON PULP AND PAPER MILLS, Appellant, *v.* BOSSON MANUFACTURING COMPANY et al., Respondents.

*Washington P. & P. Mills* v. *Bosson Mfg. Co.,* 81 App. Div. 646, affirmed.

(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 21, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Joseph A. Arnold* for appellant.

*C. C. Van Kirk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CAMPBELL STEWARD et al., as Executors of GOLDSBOROUGH BANYER, Deceased, Appellants, *v.* THE ALBANY INSURANCE COMPANY et al., Respondents.

*Banyer* v. *Albany Ins. Co.,* 85 App. Div. 122, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 13, 1903, in favor of defendants upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

*Marcus T. Hun* and *Michael D. Reilly* for appellants.

*Michael H. Cardozo* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.